IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
ABERDEEN DIVISION

JUSTIN CODY FRANKS                                                        PLAINTIFF

vs.                                                    CAUSE NO. 1:26-cv-00060-GHD-DAS

LIBERTY MUTUAL INSURANCE,
AND JOHN DOES 1-3                                                      DEFENDANTS

## ORDER GRANTING MOTION TO AMEND AND
## REMANDING CASE TO STATE COURT

This matter is before the Court on Plaintiff's Motion to Amend Complaint and For Extension of Time to Effect Service (Doc. 10) and Plaintiff's Agreed Motion to Remand Case (Doc. 12).

This suit is based upon Plaintiff's claim for uninsured/underinsured motorist ("UM") benefits from his alleged auto insurer, Defendant Liberty Mutual Insurance, relating to his alleged personal injuries from an automobile accident. (Doc. 2).[1] The policy in question had stacked UM benefits of $50,000 per person.

Plaintiff, a Mississippi resident and citizen, seeks to amend the Complaint to add an additional defendant, the other driver who allegedly caused the accident, Thikquillia Trice ("Trice"). At the time of the accident, Trice had a liability insurance policy with Shelter Insurance ("Shelter") with a liability limit of $50,000 per person. Trice is apparently a Mississippi resident and her addition would defeat diversity jurisdiction in this Court under 28 U.S.C. ¶1332.

As Shelter's liability limit is the same as the UM limit available from Plaintiff's own auto policy, Plaintiff does not qualify for UM benefits from Defendant (or Safeco). *Cossitt v. Federated*

---

[1] As noted in the Second Defense of Defendant's Answer, the named defendant is not a legal entity and did not issue the coverage. The policy in question was underwritten by Safeco Insurance Company of Illinois ("Safeco"), which is in the Liberty Mutual family of companies. (Doc. 4)

*Guar. Mut. Ins. Co.*, 541 So. 2d 436 (Miss. 1989); *Wickline v. United States Fid. & Guar. Co.*, 530 So. 2d 708, 712 (Miss. 1988).

In lieu of Defendant/Safeco opposing Plaintiff's motion to amend, the parties have agreed to the addition of Trice as a party and the remand of this matter to state court. This agreement is contingent upon the requirement that, and the parties have further agreed that, immediately upon remand, Plaintiff will dismiss with prejudice all claims against Defendant and all potential claims against Safeco relating to the accident and the claim for UM benefits.

The Court, having reviewed motions, and being advised that all parties are in agreement, finds that the motions are well taken.

IT IS, THEREFORE, ORDERED that Plaintiff's Motion to Amend Complaint and For Extension of Time to Effect Service (Doc. 10) is hereby granted. IT IS FURTHER ORDERED that, due to the addition of Thikquillia Trice as a party, diversity of citizenship no longer exists in this matter and the Court no longer has jurisdiction under 28 U.S.C. ¶1332. Accordingly, the Plaintiff's Agreed Motion to Remand (Doc. 12) is GRANTED and this matter is hereby remanded to the Circuit Court of Lee County, Mississippi for further proceedings.

SO ORDERED AND ADJUDGED, this the __14th__ day of July, 2026.

_____
SENIOR U.S. DISTRICT JUDGE

AGREED TO BY:

/s/ James R. Franks
James R. Franks (MSB #100156)
WHEELER & FRANKS LAW FIRM, P.C.
Post Office Box 681
Tupelo, MS 38802
Telephone: (662) 842-0380
jfranks@wheelerfrankslaw.com

ATTORNEY FOR PLAINTIFF

/s/ Gregg A. Caraway
Gregg A. Caraway (MSB #8443)
WELLS MARBLE & HURST, PLLC
Post Office Box 131
Jackson, MS 39205-0131
Telephone: (601) 605-6900
gcaraway@wellsmarble.com

ATTORNEY FOR DEFENDANT